THIS ORDER IS APPROVED.

Dated: February 24, 2010



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27014

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Luis Rene Velasco<br>        Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br><br>Luis Rene Velasco, Debtors; Dianne C. Kerns, Trustee.<br><br>        Respondents. | No. 4:09-bk-23695-JMM<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #42) |

      This matter having come before the Court for a Preliminary Hearing on February 22, 2010, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 13, 2006, and recorded in the office of the

Santa Cruz County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Luis Rene Velasco have an interest in, further described as:

     Lot 2 in Block 635 of Rio Rico Villas Unit No.13, a subdivision of Santa Cruz, Arizona, according to the map or plat thereof of record in the office of the County Recorder of Santa Cruz County, Arizona in Book 3 of Maps and Plats at Page 34 thereof.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.