# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07682

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 4:09-bk-23695-JMM |
| Luis Rene Velasco | Chapter 13 |
| Debtor. | MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY |
| JPMorgan Chase Bank, N. A., successor by merger to Bank One N.A. | |
| Movant, vs. | RE: Real Property Located at 850 W. Saddle Dr. Nogales, AZ 85621 |
| Luis Rene Velasco, Debtor; Dianne C. Kerns, Trustee. | |
| Respondents. | |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), and to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtor, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is

…

incorporated herein by this reference.

DATED this 25th day of March, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY  /s/ MSB # 010167
      Mark S. Bosco
      Leonard J. McDonald
      Attorney for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Luis Rene Velasco filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code. Dianne C. Kerns was appointed Trustee of the bankruptcy estate.

2. Debtor has certain real property located in Santa Cruz County, Arizona, more particularly described as:

> A PORTION OF LOT 12 OF VALLE VERDE ESTATES NO.9, A SUBDIVISION RECORDED IN BOOK 3 OF MAPS AND PLATS AT PAGE 1, OFFICE OF THE COUNTY RECORDER, SANTA CRUZ COUNTY, ARIZONA, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWESTERN MOST CORNER OF SAID LOT 12 OF VALLE VERDE ESTATES NO. 9; THENCE NORTH 25 DEGREES 08'09" WEST, ALONG THE SOUTHWESTERLY PROPERTY LINE OF SAID LOT 12, A DISTANCE OF 114.80 FEET (118.79 FEET-RECORD) TO THE WESTERLY MOST CORNER OF LOT 12, BEING A SET 1/2" ALUMINUM CAPPED PIN STAMPED "SANCHE ASSOCIATES-RLS 12536; THENCE NORTH 61 DEGREES 53'18" EAST, (N 61 DEGREES 51'51" E-RECORD) ALONG THE NORTHWESTERLY PROPERTY LINE OF SAID LOT 12, A DISTANCE OF 3.35 FEET (3.76-RECORD) TO A FOUND 5/8" IRON PIN; THENCE NORTH 60 DEGREES 53'23" EAST, (N 61 DEGREES 51'51" E-RECORD) CONTINUING ALONG SAID NORTHWESTERLY PROPERTY LINE, A DISTANCE OF 1.40 FEET TO A POINT; THENCE SOUTH 27 DEGREES 52'23" EAST, A DISTANCE OF 116.39 FEET TO ITS INTERSECTION WITH THE NORTHERLY RIGHT-OF-WAY LINE OF SADDLE DRIVE, A DEDICATED STREET WITHIN THE AFORMENTIONED VALLE VERDE ESTATES NO. 9 SUBDIVISION; THENCE ALONG A CURVE CONCAVE SOUTHERLY AND BEING UPON SAID RIGHT-OF-WAY LINE HAVING A CENTRAL ANGLE OF 5 DEGREES 08'36" AND A RADIUS OF 50.00 FEET, AN ARC DISTANCE OF 4.49 FEET TO THE TRUE POINT OF BEGINNING.

3. Debtor executed a Note secured by a Deed of Trust, dated June 10, 1999, recorded in the office of the Santa Cruz County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

4. By virtue of the Note and Deed of Trust, Movant has a secured interest in the property described herein and a secured claim against Debtor. Movant may seek leave of Court to specify any further encumbrances against the Property at the time of the Preliminary and/ or Final Hearing hereon.

5. Debtor is in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after September 25, 2009. Post-petition payments are due as follows:

| | |
|---|---:|
| **7 Monthly Payments at $489.79** | **$3,428.53** |
| **(September 25, 2009 - March 25, 2010)** | |
| **Motion for Relief Filing Fee** | **$150.00** |
| **Attorneys Fees** | **$350.00** |
| **Total** | **$3,928.53** |

Furthermore, each subsequent payment becomes on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

6. Debtor is indebted to JPMorgan Chase Bank, N. A., successor by merger to Bank One N.A. for the principal balance in the amount of $25,919.32, plus accruing interest, costs, and attorneys fees.

7. Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 850 W. Saddle Dr., Nogales, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However,

Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

8. Pursuant to the Note and Deed of Trust Movant is allowed to request this court to grant reasonable attorney's fees and costs and allowing payment of Movant's attorney's fees and costs pursuant to 11 U.S.C. Section 506(b) which state as follows:

> To the extent that an allowed secured claim is secured by property value of which, after any recovery under subsection (c) of this section, is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim and any reasonable fees/costs, or charges provided for under the agreement which such claim arose.

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtor their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtor and to obtain ownership, possession and control of the Property.

DATED this 25th day of March, 2010.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Ste. 300
Phoenix, Arizona 85016
Attorneys for Movant