LUIS RENE VELASCO
450 W CRAWFORD ST #1
NOGALES, AZ 85621

FILED

'10 APR -8 A 11: 53

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 13 Proceeding |
| ) | 4:09-bk-23695-JMM |
| Luis Rene Velasco ) | |
| ) | |
| Debtor ) | |
| _____ | RESPONSE TO MOVANT'S MOTION |
| JPMORGAN CHASE BANK, ) | TO LIFT THE AUTOMATIC STAY |
| N.A., successor by merger ) | |
| to Bank One N.A. ) | |
| Movant ) | |
| vs ) | Real Property located at: |
| ) | 850 W Saddle Drive |
| Luis Rene Velasco, Debtor; ) | Nogales AZ 85621 |
| and ) | |
| Dianne C. Kerns, Trustee ) | |
| Respondents ) | |

Comes now debtor and for his response to Movant's Motion to lift the Automatic Stay, and enters the following:

1. Answering paragraphs 1 through 4, debtor admits the allegations therein.

2. Answering paragraph 5, debtor admits default but regarding the balance of paragraph 5, debtor is without sufficient information to admit or deny and therefore denies same.

3. Answering paragraph 6, debtor is without sufficient information to admit or deny and therefore denies same.

4. Answering paragraph 7, sentences 1 and 2, debtor admits the
04/08/2010

allegations therein. Regarding the balance of paragraph 7, debtor is without sufficient information to admit or deny and therefore denies same.

5. Answering paragraph 8, debtors deny the allegations therein.

WHEREFORE, having fully answered the motion, Debtor prays that same be denied, that he has his costs incurred herein, that he has his attorney's fees as and when incurred, and that he has such other and further relief as may be deemed just and proper in the premises.

Dated this __7__ day of April 2010.

_____
Luis Rene Velasco

A copy of the foregoing mailed this date to:

**DIANNE C. KERNS, Trustee**
7320 N. LA CHOLLA #154 PMB 413
TUCSON, AZ 85741-2305

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 E Camelback Rd, Ste 300
Phoenix AZ 85016

BY: _____